IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TECHNOLOGY INNOVATIONS, LLC § | |
| § | |
| *Plaintiffs*, § | CIVIL ACTION NO. 4:10-cv-05169 |
| v. § | |
| § | **Jury Demanded** |
| AMAZON.COM, INC., AMBRY § | |
| TECHNOLOGIES, INC., and § | |
| POCKETBOOK USA, INC. § | |
| *Defendant*. § | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS
PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff Technology Innovations, LLC ("TILLC") hereby files this Notice of Dismissal without prejudice as to all defendants in this case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. None of the defendants have answered or filed a motion for summary judgment.

DATE: August 8, 2011

Respectfully submitted,

By: /s/ John T. Polasek
John T. Polasek
State Bar No. 16088590
tpolasek@pqelaw.com
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
Jeffrey S. David
State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 8th day of August, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.


/s/ John T. Polasek